UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X

Owen Ellis #16003536
Full name of plaintiff/prisoner ID#

             Plaintiff,

-against-

Nassau County, ADA Martin Meany
Det. Fred Goldman #1105, Det William Brosnan #309
Det. Robert Nardo #1027, Sheriff Michael Sposato
Sheriff Kirk Taylor - Pueblo, CO
Alberto EBanks esq

Enter full names of defendants
(Make sure those listed above are
identical to those listed in Part III.)

             Defendants.
------------------------------------X

**RECEIVED**
NOV 30 2017
**EDNY PRO SE OFFICE**

JURY TRIAL DEMAND
YES  X   NO _____

**CV17 6788**

**AZRACK, J.**

I. Previous Lawsuits:

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?  Yes ( )  No (X)

   B. If your answer to A is yes, describe each lawsuit in the space below (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

     1. Parties to this previous lawsuit:

       Plaintiffs: _____

       Defendants: _____

     2. Court (if federal court, name the district; if state court, name the county) _____

**FILED** Docket Number: _____
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 30 2017 ★
LONG ISLAND OFFICE

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of Present Confinement: _NASSAU County Correctional Center_

A. Is there a prisoner grievance procedure in this institution? Yes (X) No ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes (X) No ( )

C. If your answer is YES,

1. What steps did you take? _File grievance, claim unlawfull imprisonment. And abuse of Process_

2. What was the result? _No Response_

D. If your answer is NO, explain why not _____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No (X)

F. If your answer is YES,

1. What steps did you take? _____

2. What was the result? _____

2

address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff **Owen Ellis**

Address **100 Catman Ave, East Meadow NY 11554**

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1
**Nassau County
550 Franklin Ave
Mineola, NY 11501**

Defendant No. 2
**ADA Martin Meany
262 Old Country Rd
Mineola NY 11501**

Defendant No. 3
**Det. Fred Goldman #1105
1490 Franklin Ave
Mineola NY 11501**

Defendant No. 4
**Det. William Brosnan #309
1490 Franklin Ave
Mineola NY 11501**

Defendant No. 5
**Det. Robert Nardo #1027
1490 Franklin Ave
Mineola NY 11501**

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

**See attach page for additional Defendants**

Defendant NO. 6       Sheriff Michael Sposato
                      100 Carman Ave
                      East Meadow NY 11554

Defendant NO. 7       Sheriff Kirk Taylor
                      909 Court St
                      Pueblo CO. 81003

Defendant NO. 8       Alberto E. Banks ESQ
                      20 Vesey Street, Ste 503
                      New York NY 10007

## IV. Statement of Claim:

*(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)*

Abuse of Process, Unlawful imprisonment & Breach of Contract. Upon information an belief ADA Martin Meany, Det. Fred Goldman, Det. William Brosnan did conspire to fabricate an identification procedure allegedly made by Chadd Williams on Sept 2nd 2010. (See Exhibit A pg. 157). This Supplementary Report has been Modified. Please note heading Box #7 the word "Report" has been removed from all of the following pages. The purpose for this, is to hide the date the report was made. (See Exhibit A pg 1 of 262 Form) Signed by Det. Ruvolo. Box #7 States "Date of Report". Every other page States "Date of". The earliest possible date any identification could have taken place was Sept. 30th 2015. (Continued on attached pages).

**IV. A** If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

Unlawful imprisonment, mental Trauma, arrest record in Pueblo Colorado, denial of meaningful legal representation, Stress, financial hardship. NO medical treatment was received. other than mental health counseling.

4

(See Exhibit C Det. J Goldman Notes.) ADA Meany was present on 9/30/15. This was during the investigating Stage, so he is only afforded Qualified Immunity at best, Zahrey v. Coffey 221 F3d 342 (2000). Qualified Immunity is Not available to a District Attorney who has Fabricated Probable Cause, by claiming an identification procedure took place on Sept. 2nd 2010, when it did Not. (See Exhibit D case report) #210CR0068626. Signed by Det Ruvolo, this was written 2013, three years after the Fabricated identification. It States that "Det. Rinaldi Spoke with victim in the case an feels he is Not being truthful regarding Suspect identity. No further leads or Salvability pending continued investigation." ADA Martin Meany, Det. Fred Goldman, Det William Brosnan, while in their investigating Stage, Fabricated this identification process because the Date of the incident is Aug 13th 2010. Robbery 1st degree has a five year statue of limitation, with the earliest possible date for identification being Sept 30th 2015. The charges for Aug 13th 2010 is beyond the Statue. It should be Noted that the Arrest Report States "ID by Reliable Informant 7460 Goldm", Not Det Brosnan. (See Exhibit B)

On Feb. 11th 2016 I was arrested in Colorado, an detained in Pueblo County Jail unlawfully by Sheriff Kirk Taylor, until May 23rd 2016, as a result of same before mentioned Fabricated process, and the coerced identification conducted by Det. Robert Nardo. (See Exhibit E) photo array. This photo identification was coerced. At the time of the incident Michelle Chambers Stated "2 males wearing ski masks, an the lights went out. (See Exhibit F) Search Warrant Page 3. (Also See Exhibit A) page 6, Same Narrative with specific omittions that are Now, more favorable for identification. Michelle Chambers Never met me at No point in her life, Michelle Chambers claim to Know me by "my braids" (See Exhibit G) Page 3. I have Dreadlocks for the past 30 years.

On July 14th 2016, I paid Alberto Ebanks $50,000.00 to represent me on my current case. On Dec. 16th 2016, he walked off of my case. Claiming he would only represent me up until pretrial hearings. This is not my understanding of our contract. I understood it to be up until trial. In any event, my pretrial hearings did not begin until Oct. 2nd 2017. Alberto Ebanks actions is a Breach of Contract. It should be noted Alberto Ebanks never provided me a copy of this contract.

From may 23rd 2016 until present date I have been detained by Sherief Michael Sposato, based on this Fabricated identification, an coerced identification. Nassau County, is responsible for my unlawful arrest an lengthy detention.

V. Relief:

State what relief you are seeking if you prevail on your complaint.

Seeking $100,000.00 From Alberto E Banks, 20 million from Nassau County & the remaining Defendants.

In addition to the defendants being removed from their public office, I want criminal charges against ADA Martin Meany, Det Fred Goldman #1105, Det William Brosnan #309, Det. Robert Nardo #1027. Lastly I want my arrest information cleared in Nassau County NY an Pueblo C.O.

I declare under penalty of perjury that on __Nov 28th 2017__, I delivered this
(Date)
complaint to prison authorities to be mailed to the United States District Court for the Eastern District of New York.

Signed this __28th__ day of __November__, 20__17__. I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Plaintiff

__Nassau County Correctional Center__
Name of Prison Facility

__100 Carman Ave__
__East Meadow NY 11554__
Address

__16003536__
Prisoner ID#

5