**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
OWEN ELLIS, #16003536,

                Plaintiff,

    - against -

NASSAU COUNTY, ADA MARTIN
MEANY, DET. FRED GOLDMAN #1105,
DET. WILLIAM BROSNAN #309, DET.
ROBERT NARDO #1027, SHERIFF
MICHAEL SPOSATO, SHERIFF KIRK
TAYLOR (Pueblo, CO), ALBERTO BANKS,
ESQ.

                Defendants.
----------------------------------------------------------X

**JUDGMENT**
CV 17-6788 (JMA) (AYS)

       An Order of Honorable Joan M. Azrack, United States District Judge, having been filed on April 12, 2018; dismissing *sua sponte* plaintiff's complaint in its entirety pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii), and 1915A(b)(1) for failure to state a claim for relief; declining to exercise supplemental jurisdiction over any remaining state law claims, and dismissing the state law claims without prejudice; denying leave to amend the complaint; directing the Clerk of the Court to enter judgment and close this case; and denying *in forma pauperis* status for the purpose of any appeal, it is

       **ORDERED AND ADJUDGED** that plaintiff Owen Ellis take nothing of defendants Nassau County, ADA Martin Meany, Detective Fred Goldman, Detective William Brosnan, Detective Robert Nardo, Sheriff Michael Sposato, Sheriff Kirk Taylor, and Alberto Banks, Esq.; that plaintiff's complaint is *sua sponte* dismissed for failure to state a claim; that plaintiff's state law claims are is dismissed without prejudice; that leave to amend is denied; that this case is hereby closed; and that *in forma pauperis* status for the purpose of any appeal is denied.

Dated: Central Islip, New York
      April 25, 2018

                                            DOUGLAS C. PALMER
                                            CLERK OF THE COURT
                              BY:    /S/ JAMES J. TORITTO
                                            DEPUTY CLERK